# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                                 **RE:**    **Dismissal of Expired Probation/ Supervised Release Warrant Cases**

Your Honor:

This memorandum is to request the Court vacate and recall the probation and supervised release warrants issued in the following delineated cases and dismiss the underlying Petitions as jurisdiction in these cases have expired.

The Ninth Circuit Court of Appeals decision in U.S. v. Vargas-Amaya, 389 F.3d 901 (2004) ruled that a district court's jurisdiction to revoke supervision beyond the term of supervision ordered is extended if the warrant was issued "upon probable cause, supported by Oath or affirmation," as required by the Fourth Amendment. The probation office has identified a large number of warrants issued in the Eastern District of California which were based upon alleged violations of probation and/or supervised release and jurisdiction of these cases have expired due to the now-invalid warrants. Accordingly, it is recommended the Court recall the warrants and dismiss the cases as noted below.

Respectfully submitted,

*/s/ James Herbert*

**James E. Herbert**
**Assistant Deputy Chief U.S. Probation Officer**

Dated:      April 28, 2010
              Fresno, California
              JEH

Honorable Anthony W. Ishii  
Fresno, California

**RE:** **Dismissal of Expired Probation/ Supervised Release Warrant Cases**

cc: United States District Court Clerk's Office

United States Marshals Service

---

### THE COURT ORDERS

(✓) Vacate the Petition on Probation or Supervised Release/Warrant Requests and recall the warrants issued on the following cases pursuant to U.S. v. Vargas-Amaya.

4-28-10  
Date

Anthony W. Ishii  
**Chief United States District Judge**

| Name | Docket Number | Warrant Issued | Expiration |
|---|---|---|---|
| ADAMS, Richard K. | CR-F-89-00154 (Fre) | 01/17/1990 | 10/23/1991 |
| AHO, Raymond W. | CR-F-84-00037 (Fre) | 09/25/1990 | 11/18/1986 |
| ALARCON, Alex R. | 1:02CR05336 (Fre) | 12/23/2003 | 09/13/2004 |
| ALOCER, Fidencio | 1:01M02232 (Fre) | 03/21/2003 | 12/20/2003 |
| ARAMBULO, Michelle | 5:00-20376M (Bksfld) | 02/28/2002 | 12/04/2003 |
| ARCE, Jose | 1:00CR05460 (Fre) | 02/19/2004 | 02/20/2004 |
| AVILA, Joseph E. | 88-0476 (Yos) | 02/14/1989 | 10/26/1990 |
| BERMUDEZ, Octavio | 5:01-20622M (Bksfld) | 05/01/1997 | 11/13/1997 |
| BROWN, Edward E. | 83-00156 (Fre) | 01/30/1987 | 11/27/1988 |
| CAUDROS-HERNANDEZ, Arturo | 1:99CR50866 (Fre) | 09/26/2002 | 01/30/2005 |
| CENICEROS, Leopoldo | 5:01-20622M (Bksfld) | 08/21/2002 | 07/09/2004 |

Honorable Anthony W. Ishii  　　　　　RE:  Dismissal of Expired Probation/
Fresno, California　　　　　　　　　　　　　Supervised Release Warrant Cases

| | | | |
|---|---|---|---|
| CHON, Jose A. | 90-3030M (Bksfld) | 05/30/1990 | 02/26/1991 |
| CONFAIR, Shawn B. | 5:99-20326M (Bksfld) | 10/25/2000 | 05/10/2001 |
| CRITSER, Alan | 5:95-2055M (Bksfld) | 07/09/1996 | 08/07/1997 |
| DOMINGUEZ, Jesse | 82-3623M (Bksfld) | 10/06/1982 | 05/03/1985 |
| DUBOIS, David | 94-20603M (Bksfld) | 11/04/1994 | 06/20/1997 |
| DYSON, Michael | 5:01-20608M (Bksfld) | 08/19/2002 | 01/09/2005 |
| EGGLESTON, David | 81-00065 (Fre) | 12/10/1984 | 07/19/1986 |
| EICHORN, Timothy | CITR0705373 (Bksfld) | 05/10/1999 | 06/03/1999 |
| ENRIQUEZ, Jesus U. | 1:00CR05449 (Fre) | 03/18/2002 | 11/14/2003 |
| EPPS, Thomas H. | 1:05M00200 (Fre) | 11/01/2005 | 02/28/2006 |
| ESCALERA, Raymond M. | 89-3123M (Bksfld) | 09/10/1990 | 09/11/1990 |
| FOWLER, Steven D. | 81-0220 (Yos) | 07/08/1981 | 06/29/1983 |
| GELLERMAN, Michael S. | 93-0856 (Yos) | 03/05/1997 | 02/11/1998 |
| GILBERT, Amanda | 5:20538M (Bksfld) | 01/16/2002 | 01/22/2002 |
| HADDADIN, Basam | 1:02CR05058 (Fre) | 03/27/2003 | 02/05/2004 |
| HARGRAVE, Phyllis | 87-0718 (Yos) | 01/05/1989 | 11/23/1989 |
| HARRIS, Jane | 5:01-6652M (Bksfld) | 02/09/1993 | 12/09/1992 |
| HERNANDEZ, Abel | 97-0154 (Yos) | 03/03/1998 | 08/03/1999 |
| HUERTA, Randal | 97-2087 (Fre) | 12/08/1998 | 09/06/2001 |
| JACOBS, Tracy | 5:96-2099M (Bksfld) | 11/12/1996 | 08/12/1998 |
| JARRETT, Temeka | 5:01-20678M (Bksfld) | 02/24/2003 | 03/11/2004 |
| JOHNSON, John | 5:87-5949M (Bksfld) | 08/12/1988 | 01/11/1990 |
| KENT, Barbara | 5:98-20261M (Bksfld) | 01/06/2000 | 11/30/2001 |
| KIRBY, Dale L. | 85-3554M (Bksfld) | 11/04/1986 | 01/13/1989 |
| KLUGKIST, Paul | 1:02CR05168 (Fre) | 01/08/2003 | 08/20/2003 |
| LEPAPE, Richard | 95-8089 (Yos) | 09/06/1996 | 01/07/1997 |
| MADRID, Donald | 79-0215M (Yos) | 09/14/1979 | 04/11/1980 |
| MALONEY, Sean | 5:94-20595 (Bksfld) | 10/27/1995 | 11/07/1995 |

Honorable Anthony W. Ishii  
Fresno, California

**RE: Dismissal of Expired Probation/ Supervised Release Warrant Cases**

| | | | |
|---|---|---|---|
| MARTINEZ, Alfred | 87-2059M (Fre) | 10/06/1987 | 06/08/1990 |
| MARTINEZ, John B. | PR84-4 (Bksfld) | 06/05/1984 | 08/03/1985 |
| MERKOUSKO, Mark | 84-1047 (Yos) | 11/30/1987 | 01/30/1988 |
| MILLER, Jonathan | 5:00-20518M (Bksfld) | 01/07/2003 | 01/13/2003 |
| MORRIS, Joseph E. | 96-2220M (Fre) | 10/03/1997 | 03/19/2000 |
| MCCORMACK, James | 77-1467M (Yos) | 01/18/1979 | 12/21/1978 |
| MCDONALD, Scott | 88-2353; 88-3034 (Bksfld) | 09/1988 | 06/12/1991 |
| MCGUIRE, Ricky | 5:83-5522M (Bksfld) | 06/07/1984 | 09/12/1986 |
| MCNEAL, Howard J. | 91-0067; CR-PAINE-91-6202 (Fre) | 11/14/1996 | 06/13/1999 |
| MCNERNEY, Daniel | 95-0166 (Yos) | 06/1996 | 06/11/1996 |
| NAVA, Anastacio | 93-5248 (Fre) | 06/07/1994 | 01/07/2001 |
| NELSON, Jerome | 95-0395; 95-0396 (Yos) | 12/29/1995 | 11/14/1998 |
| OCHOA-MENDIVILL, Eduardo | 97-5180 (Fre) | 01/26/1998 | 12/01/1998 |
| PEREZ-ROCHA, Alberto | 90-174 (Fre) | 02/12/1992 | 10/30/1996 |
| PINKARD, George | 87-0409 (Yos) | 03/07/1989 | 09/08/1990 |
| RALDA, Yeri A. | 1:04MJ2231 (Fre) | 11/03/2005 | 06/30/2006 |
| RAMOS-ANAYA, Jorge | 1:96CR05308 (Fre) | 07/06/1999 | 11/27/1999 |
| REYNOLDS, Stephen D. | 85-145 (Fre) | 11/26/1996 | 05/28/2001 |
| RODRIGUEZ, Robert | 97-2127M (Fre) | 04/23/1999 | 08/17/2000 |
| RUSSELL, Michael P. | 83-3078M (Bksfld) | 11/08/1985 | 11/16/1985 |
| RYAN, Daniel | 86-0650 (Yos) | 04/24/1989 | 11/23/1989 |
| SALAZAR, Eduardo | 1:04-2208M (Fre) | 11/09/2005 | 06/07/2008 |
| SALMU, Armas M. | 94-5205 (Fre) | 03/26/1997 | 03/02/1998 |
| SANDERS, Raymond C. | 91-3092M (Bksfld) | 01/16/1992 | 01/22/1992 |
| SANDOVAL-ENRIQUEZ, Concepcion | 93-5202 (Fre) | 11/04/1993 | 10/24/1995 |
| SANTIAGO, Roberto | 5:01-20591M (Bksfld) | 01/15/2002 | 04/09/2004 |
| SCOVILLE, Douglas | 92-6049M (Bksfld) | 06/14/1993 | 09/07/1994 |

Honorable Anthony W. Ishii  
Fresno, California

RE: **Dismissal of Expired Probation/ Supervised Release Warrant Cases**

| | | | |
|---|---|---|---|
| SHARPE, Kevin | 5:98-2226M (Bksfld) | 10/20/1999 | 07/06/2001 |
| SHEPHERD, Derek A. | 92-55443M (Bksfld) | 10/11/1994 | 06/15/1995 |
| SINGH, Deepinder | 92-5060 (Fre) | 11/22/1993 | 04/15/1995 |
| SMITH, Stanley | 94-0211 (Yos) | 03/25/1996 | 09/06/1996 |
| SPEED, Rosita | 93-5239 (Fre) | 11/09/1994 | 09/02/1996 |
| STACER, Gordon | 5:95-20072M (Bksfld) | 11/12/1996 | 12/11/1996 |
| STREETER, Eboni | 5:00-02375M (Bksfld) | 03/05/2001 | 12/04/2003 |
| SWEENEY, Timothy M. | 91-0704; 91-0717 (Yos) | 03/16/1992 | 09/30/1994 |
| TAIWO, Masai | 5:02-20801 (Bksfld) | 08/06/2004 | 03/31/2005 |
| TEHANEY, David A. | 90-0599 (Yos) | 07/28/1992 | 01/06/1993 |
| TUCKER, Mike | 98-3417M (Bksfld) | 11/24/1998 | 07/13/2000 |
| UREN, Francois | 90-0183 (Yos) | 09/13/1990 | 06/25/1993 |
| VANCE, Kenneth | 90-3417M (Bksfld) | 06/19/1992 | 04/22/1993 |
| WHITE, Sherrie | 1:94CR5054 (Fre) | 12/10/1998 | 08/13/1999 |
| WILSON, Mark | 91-5509M (Bksfld) | 12/18/1991 | 05/13/1994 |
| ZEPEDA Sr., Mickey | 1:99-2049M (Fre) | 10/24/2001 | 03/30/2002 |